**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1282

MARY MARGARET DAGGY,

Plaintiff - Appellant,

versus

STAUNTON CITY SCHOOLS, in its corporate
status; SHELLEY P. BRYANT; CHAIR GREGORY C.
COOK; DR. JAMES J. HARRINGTON; OPHIE A. KIER;
VICE CHAIR ANDREA W. OAKES; ANGIE V.
WHITESELL; TERI SUMEY, in her official and
individual capacities; NANCY HAYNES, in her
official and individual capacities; HARRY
LUNSFORD,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg. Samuel G. Wilson, District
Judge. (CA-04-23-5)

Submitted: November 30, 2005      Decided: December 28, 2005

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert P. Dwoskin, Charlottesville, Virginia, for Appellant.
Elizabeth S. Skilling, Jeremy D. Capps, Joseph Robinson, HARMAN,
CLAYTOR, CORRIGAN & WELLMAN, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mary Margaret Daggy appeals the district court's order granting the defendants' motion to dismiss her civil action in which she alleged that the defendants conspired to violate her rights to procedural and substantive due process and discriminated against her on account of her age when her job was eliminated.  We affirm for the reasons stated by the district court in its memorandum opinion.  See Daggy v. Staunton City Schs., No. CA-04-23-5 (W.D. Va. Dec. 14, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED